NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-0024

RENELL FRITSCHE STURDIVANT AND VERNON STURDIVANT

VERSUS

RANDY SNEAD, ET AL.

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 20022757
HONORABLE KRISTIAN DENNIS EARLES, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

JOHN D. SAUNDERS
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of John D. Saunders, Michael G. Sullivan, and Elizabeth A. Pickett, Judges.

AFFIRMED.

Johnny Xavier Allemand
Deramee, Allemand, Pitre & Richard, L.L.P.
P. O. Box 773
302 West Fourth St.
Thibodaux, LA 70302
(504) 447-9436
Counsel for: Defendant/Appellee
        Buddy Naquin
        American Auto Broker

**Mel Lewis Credeur**
**Attorney at Law**
**P. O. Box 51867**
**Lafayette, LA 70505-1867**
**(337) 232-3081**
**Counsel for: Plaintiff/Appellant**
  **Renell Fritsche Sturdivant**
  **Vernon Sturdivant**

**Edmond Leon Deramee  Jr.**
**Deramee, Allemand, Pitre & Richard, L.L.P.**
**P. O. Box 773**
**Thibodaux, LA 70302**
**(504) 447-9436**
**Counsel for: Defendant/Appellee**
  **Buddy Naquin**
  **American Auto Broker**

**Loulan Joseph Pitre  Jr.**
**Deramee, Allemand, Pitre & Richard, L.L.P.**
**P. O. Box 773**
**Thibodaux, LA 70302**
**(504) 447-9436**
**Counsel for: Defendant/Appellee**
  **Buddy Naquin**
  **American Auto Broker**

**Cary Brian Bryson**
**Bryson Law Firm**
**217 W. University Avenue**
**Lafayette, LA 70506**
**(337) 233-4210**
**Counsel for: Defendant/Appellee**
  **Lafayette Auto Auction, Inc.**

**Shawn Jaimie Richard**
**Deramee, Allemand, Pitre & Richard, L.L.P.**
**P. O. Box 773**
**Thibodaux, LA 70302**
**(504) 447-9436**
**Counsel for: Defendant/Appellee**
  **Buddy Naquin**
  **American Auto Broker**

**Randy Snead**
**In Proper Person**
**1119 Ridge Road**
**Duson, LA 70529**
**(337) 993-1234**
**Counsel for: Defendant/Appellee**
**Randy Snead**
**Arrow's Auto Sales**
**Used Auto Parts**